AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

**FILED**
May 11, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: aq
DEPUTY

United States of America
v.
Maria L. Valdespino

*Defendant(s)*

Case No. **EP:26-MJ-1952-LE**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 7, 2026 in the county of El Paso in the Western District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841 (a)(1) | Possession with Intent to Distribute 40 g or more of fentanyl |

This criminal complaint is based on these facts:

Please see the attached affidavit. "Attachment A"

☑ Continued on the attached sheet.

Melvin Gooden
*Complainant's signature*

Melvin Gooden, Special Agent
*Printed name and title*

Complaint sworn to telephonically on May 11, 2026 at 01:11 PM and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Sworn to before me and signed in my presence.

*Judge's signature*

Date: 05/11/2026

City and state: El Paso, TX

U.S. Magistrate Judge Laura Enriquez
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

This is the result of an on-going drug investigation involving the suspected distribution of fentanyl by Maria Luisa VALDESPINO and a residence located within the Western District of Texas on Hayes Avenue, El Paso, Texas 79930 (hereinafter referred to: Target Residence). During the course of the investigation, agents obtained information indicating narcotics trafficking activity was occurring at the Target Residence.

On May 7, 2026, at approximately 7:25pm, Texas Department of Public Safety (TXDPS) Criminal Investigations Division (CID) along with the assistance of Drug Enforcement Administration (DEA) and Homeland Security Investigations (HSI) executed a state narcotics search warrant at the Target Residence. The search warrant was signed by Magistrate Judge Ray Duke.

Once the Target Residence was secured, the individuals inside were identified as Maria Luisa VALDESPINO and Sergio MIRANDA JR.

During the execution of the search warrant agents located and seized approximately 145 gross grams of suspected fentanyl powder from within the Target Residence. The suspected fentanyl powder was subsequently field tested and came back positive for properties of fentanyl. Based on my training and experience, the quantity of fentanyl recovered is consistent with distribution rather than personal use.

During the execution of the search warrant, agents additionally located paperwork bearing VALDESPINO's identifying information inside the Target Residence. Agents also recovered a lockbox containing multiple folded pieces of foil paper each containing a white powdery substance suspected to be fentanyl powder. A debit/credit card bearing VALDESPIONO's identifying information was also located inside of the lockbox. Based on my training and experience, the folded foil paper was packaged in a manner consistent with distribution.

Agents additionally, located a digital scale containing suspected fentanyl residue, along with a handwritten ledger containing names, dollar amounts, and amounts owed. Based on my training and experience narcotics traffickers commonly possess digital scales, ledgers and packaging materials, and prepackaged narcotics for the purpose of weighing, tracking, and distributing controlled substances.

Prior to the execution of the search warrant, agents conducted surveillance at the Target Residence on multiple occasions. During surveillance operations, agents observed frequent short-term foot and vehicle traffic consistent with narcotics trafficking activity. Agents observed individuals arrive at the Target Residence, remain for short periods of time and depart shortly thereafter. Based upon my training and experience, this type of short-duration traffic is consistent with narcotics distribution activity.

Following the execution of the search warrant, agents advised VALDESPINO of her Miranda Warnings and VALDESPINO stated she understood her rights and knowingly and voluntarily waived them by agreeing to speak with agents.

During the interview VALDESPINO admitted to agents that the narcotics recovered at the Target Residence belonged to her. VALDESPINO additionally stated the narcotics did not belong to

MIRANDA JR. VALDESPINO further stated, in substance and in part, that she did not like fentanyl powder and preferred heroin.

The quantity of fentanyl powder recovered, combined with VALDESPINO's statements, the individually packaged fentanyl, the digital scale containing fentanyl residue, the narcotics ledger, and surveillance indicating repeated short-term traffic at the Target Residence, are consistent with narcotics distribution activity.

Agents additionally recovered approximately 30 gross grams of suspected cocaine from VALDESPINO's person. The suspected cocaine was subsequently field tested and came back positive for properties of cocaine.

Due to the ongoing investigation and the quantity of fentanyl powder recovered at the Target Residence, the investigation was adopted by the DEA.

Based upon the totality of the investigation, including the quantity of fentanyl recovered, the individually packaged fentanyl, the digital scale containing suspected fentanyl residue, the narcotics ledger, surveillance indicating repeated short-term traffic at the Target Residence, and VALDESPINO's post-Miranda statements, the affiant Special Agent Melvin Gooden believes there is probable cause to believe that Maria Luisa VALDESPINO knowingly possessed fentanyl with the intent to distribute it, in violation of Title 21, United States Code Section 841(a)(1).

Telephonically subscribed and sworn and electronically signed on:

May 11, 2026

Melvin Gooden

Melvin L. Gooden
DEA Special Agent

Laura Enriquez
United States Magistrate Judge